IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNATHON ROOTS**  **PLAINTIFF**
**#264342**

V.                Case No. 4:24-CV-00620-LPR

**ERIC HIGGINS, Pulaski County Sheriff, Pulaski County Regional Detention; NELSON, Jail Administrator, Pulaski County Regional Detention; and BARRY HYDE, Quorum Court Judge, Pulaski County Quorum Court**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE